FILED

2014 Feb-20  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DERRICK LAVELL WILLIAMS, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:13-cv-01594-VEH |
| ) | |
| BIRMINGHAM JEFFERSON ) | |
| COUNTY COMMISSIONERS, et al., ) | |
| ) | |
|     Defendants ) | |

## MEMORANDUM OPINION

On January 31, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motions to dismiss filed by defendants be granted and that all claims in this action

be dismissed with prejudice pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a

claim upon which relief can be granted.

A separate order in conformity with this Memorandum Opinion will be entered

contemporaneously herewith.

DONE this 20th day of February, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge